

# NUMBER 13-22-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VALLEY FORGE INSURANCE
COMPANY,                                                                               Appellant,

v.

EXIQUIO SALINAS,                                                                        Appellee.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on a joint motion to remand for effectuation of

settlement and to dismiss. On February 17, 2023, the matter was abated to effectuate the

settlement agreement. Now the parties jointly move to remand the case to the trial court

for the rendition of judgment in accordance with the agreement of the parties and agree that each side will bear the costs and fees as incurred.

The matter is now reinstated, and the motions are granted. Accordingly, we vacate the subject judgment, without reference to the merits, remand the case to the trial court for entry of judgment in accordance with the parties' agreement, and dismiss the appeal. See TEX. R. APP. P. 42.1(a)(2), 43.2(d), (e). In accordance with the parties' agreement, all costs of the appeal will be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d).

CLARISSA SILVA
Justice

Delivered and filed on the
11th day of May, 2023.